AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SPARKS, SAM | DISTRICT COURTS--Texas Western | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE ARTICLE III JUDGE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 200 West Eighth St., Suite 100 Austin, Texas 78701-2333 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 14 P 12: 10 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | July 20-21, Galveston, Texas. Speaker at educational seminar (transportation, hotel, meals) |
| 2. | Texas Trial Lawyers Association | October 13, Dallas, Texas. Speaker at educational seminar (transporation, lunch) |
| 3. | American Board of Trial Advocates, Waco Chapter | November 16, Waco, Texas. Speaker at educational seminar (transportation to/from Waco, dinner) |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Condominium (20%)▓▓▓▓ | | None | L | T | Buy 5% | 11-09 | K | | Justin Sparks |
| 2. | | | | | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. American Bank of Commerce | B | Interest | L | T | | | | | |
| 5. Chase Bank of Texas Accounts | C | Interest | N | T | | | | | |
| 6. Dain Rauscher account (Tarmack Investment FDS) | C | Dividend | M | T | | | | | |
| 7. | | | | | | | | | |
| 8. STOCKS: | | | | | | | | | |
| 9. Hilton Hotels Corp. | | | | | Sold | 08-15 | K | E | Market |
| 10. Kirby Corp. | | None | N | T | | | | | |
| 11. Kirby Corp. | | | | | Partial sale | 01-26 | L | E | Market |
| 12. Kirby Corp. | | | | | Partial sale | 01-27 | L | E | Market |
| 13. Kirby Corp. | | | | | Partial sale | 02-21 | L | E | Market |
| 14. Kirby Corp. | | | | | Partial sale | 02-22 | L | E | Market |
| 15. Kirby Corp. | | | | | Partial sale | 02-27 | L | E | Market |
| 16. Kirby Corp. | | | | | Partial sale | 02-28 | L | E | Market |
| 17. Kirby Corp. | | | | | Partial sale | 03-01 | L | E | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. BONDS: | | | | | | | | | |
| 21. Allen TX ISD GO | B | Interest | K | T | | | | | |
| 22. Allen TX ISD GO | A | Interest | J | T | | | | | |
| 23. Arlington TX ISD | A | Interest | K | T | | | | | |
| 24. Austin TX Community College | B | Interest | K | T | | | | | |
| 25. Austin Tx GO | A | Interest | K | T | Buy | 03-02 | K | | Market |
| 26. Austin TX Higher Ed Auth | A | Interest | J | T | | | | | |
| 27. Barbers Hill TX GO | A | Interest | K | T | | | | | |
| 28. Baytown Tx GO | B | Interest | K | T | | | | | |
| 29. Bexar Cnty Tx GO | A | Interest | K | T | Buy | 01-31 | K | | Market |
| 30. Canadian River Mun. Tx. Rv. | B | Interest | K | T | | | | | |
| 31. Canyon TX ISD GO | A | Interest | K | J | | | | | |
| 32. Carrollton TX GO | A | Interest | K | T | | | | | |
| 33. Cedar Hill TX ISD | A | Interest | J | T | | | | | |
| 34. Cedar Park TX Util Sys | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia & Brazoria Co. GO | B | Interest | K | T | | | | | |
| 36. Columbia & Brazoria GO | B | Interest | K | T | | | | | |
| 37. Comal TX ISD | A | Interest | J | T | | | | | |
| 38. Collin Co. TX GO | B | Interest | K | T | | | | | |
| 39. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 40. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 41. Dallas TX ISD | A | Interest | K | T | Buy | 08-15 | K | | Market |
| 42. Del Valle TX ISD GO | A | Interest | K. | T | Buy | 08-15 | K | | Market |
| 43. Denton Tx Elec Rev | A | Interest | J | T | | | | | |
| 44. Denton TX Util. Sys. | A | Interest | K | · T | Buy | 01-13 | K | | Market |
| 45. Dickinson TX ISD GO | B | Interest | K | T | | | | | |
| 46. Duncanville TX ISD | A | Interest | K | T | Buy | 03-06 | K | | Market |
| 47. Eagle Mtn. & Saginaw GO | A | Interest | K | T | Buy | 02-21 | K | | Market |
| 48. El PasoTX GO | A | Interest | K | T | Buy | 08-15 | K | | Market |
| 49. El Paso Tx New Pub | A | Interest | J | T | | | | | |
| 50. Forney TX ISD GO | A | Interest | J | T | | | | | |
| 51. Ft. Worth TX ISD | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ft. Worth TX ISD GO | A | Interest | K | T | | | | | |
| 53. Frisco Tx ISD GO | A | Interest | K | T | | | | | |
| 54. Galveston TX Wtrwks | A | Interest | K | T | Buy | 01-31 | K | | Market |
| 55. Grand Prairie ISD GO | B | Interest | | | Redeemed | 02-15 | K | A | Market |
| 56. Grapevine TX GO | A | Interest | J | T | | | | | |
| 57. Grapevine TX Wtr Swr | A | Interest | J | T | | | | | |
| 58. Harlandale TX ISD GO | A | Interest | J | T | | | | | |
| 59. Harris Cnty TX Flood GO | A | Interest | K | T | Buy | 02-02 | K | | Market |
| 60. Hawkins TX ISD GO | A | Interest | K | T | Buy | 03-02 | K | | Market |
| 61. Highland Park TX ISD | A | Interest | J | T | | | | | |
| 62. Houston Tx Wtr Sys | B | Interest | K | T | | | | | |
| 63. Huntsville TX Ind GO | A | Interest | J | T | | | | | |
| 64. Hurst-Euless-Bedford TX | A | Interest | K | T | | | | | |
| 65. Irving TX Wtr Wk Swr | A | Interest | K | T | | | | | |
| 66. Judson TX ISD | A | Interest | J | T | | | | | |
| 67. Katy TX ISD | A | Interest | K | T | | | | | |
| 68. Katy TX ISD GO | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lancaster TX ISD GO | A | Interest | K | T | Buy | 08-16 | K | | Market |
| 70. Leander TX ISD GO | A | Interest | J | T | | | | | |
| 71. Leander TX ISD GO | A | Interest | K | T | | | | | |
| 72. Lewisville TX ISD GO | A | Interest | J | T | Buy | 01-31 | J | | Market |
| 73. Lewisville TX ISD GO | A | Interest | | | Redeemed | 09-29 | K | A | Market |
| 74. Lindale TX ISD GO | A | Interest | J | T | Buy | 02-10 | J | | Market |
| 75. Lubbock TX Elec. Lt & Pwr. | A | Interest | J | T | Buy | 01-31 | J | | Market |
| 76. Lubbock TX GO | A | Interest | K | T | | | | | |
| 77. Lufkin TX Wtrwks | A | Interest | J | T | Buy | 01-31 | J | | Market |
| 78. Meridan TX ISD GO | A | Interest | J | T | Buy | 03-07 | J | A | Market |
| 79. New Caney TX ISD GO | A | Interest | K | T | Buy | 01-31 | K | | Market |
| 80. North East TX ISD GO | A | Interest | | | Redeemed | 02-01 | K | A | Market |
| 81. North Forest ISD GO | A | Interest | J | T | Buy | 02-21 | J | | Market |
| 82. Orange TX GO | A | Interest | K | T | Buy | 08-15 | K | | Market |
| 83. Pearland TX ISD GO | A | Interest | K | T | | | | | |
| 84. Pflugerville TX GO | A | Interest | K | T | | | | | |
| 85. Plano TX GO | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Prosper TX ISD GO | A | Interest | K | T | | | | | |
| 87.  Round Rock Tx | A | Interest | J | T | | | | | |
| 88.  Sam Rayburn TX Mun Pwr | A | Interest | J | T | | | | | |
| 89.  San Angelo TX GO | A | Interest | K | T | | | | | |
| 90.  San Antonio TX Rev | A | Interest | K | T | Buy | 02-16 | K | | Market |
| 91.  San Marcos TX GO | B | Interest | K | T | | | | | |
| 92.  San Marcos TX GO PSF | A | Interest | K | T | Buy | 01-31 | K | | Market |
| 93.  Sealy TX ISD GO | A | Interest | K | T | | | | | |
| 94.  Seguin TX GO | B | Interest | K | T | | | | | |
| 95.  Southlake TX GO | A | Interest | K | T | | | | | |
| 96.  Spring TX ISD GO | A | Interest | J | T | | | | | |
| 97.  Texas St GO | A | Interest | K | T | Buy | 02-21 | K | | Market |
| 98.  Tx St Pub Fin Auth | | None | | | Redeemed | 02-01 | J | A | Market |
| 99.  Travis Co. TX | A | Interest | J | T | | | | | |
| 100.  Travis Co TX GO | A | Interest | J | T | | | | | |
| 101.  Washington State G.O. | | None | J | T | | | | | |
| 102.  Waxahachie TX ISD | | None | | | Redeemed | 02-15 | J | A | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Weatherford TX Util. Sys. | B | Interest | K | T | | | | | |
| 104. Whitehouse TX ISD GO Rev | A | Interest | K | T | | | | | |
| 105. Williamson Cnty TX Rd | A | Interest | K | T | Buy | 01-31 | K | | Market |
| 106. Willis ISD | | None | J | T | | | | | |
| 107. Willis TX ISD GO | B | Interest | K | T | | | | | |
| 108. Willis TX ISD GO | A | Interest | K | T | | | | | |
| 109. UT Austin Rev. | B | Interest | K | T | | | | | |
| 110. UT Austin Rev. | B | Interest | K | T | | | | | |
| 111. Upper Trinity Reg. Auth. | A | Interest | | | Redeemed | 10-10 | K | A | Market |
| 112. | | | | | | | | | |
| 113. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 114. American Balance | C | Dividend | L | T | | | | | |
| 115. Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 116. Chevron-Texaco Corp. | D | Dividend | M | T | | | | | |
| 117. E Trade Group | | None | | | Sold | 08-15 | L | E | Market |
| 118. Earthlink | | None | J | T | | | | | |
| 119. Friede Goldman Halter | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1. (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Genitope Corp. | | None | J | T | | | | | |
| 121. Gov't Nat'l MTG Assn. II Pool 3663 | A | Interest | K | T | | | | | |
| 122. Gov't Nat'l MTG Assn. II Pool 622080 | A | Interest | K | T | | | | | |
| 123. Gov't Nat'l MTG Assn. II Pool 3700 | A | Interest | L | T | | | | | See note in VIII |
| 124. Gov't Nat'l MTG Assn. II Pool 3709 | A | Interest | L | T | | | | | |
| 125. Gov't Nat'l MTG Assn. II Pool 3772 | A | Interest | L | T | | | | | |
| 126. Gov't Nat'l MTG Assn. II Pool 3664 | A | Interest | M | T | | | | | |
| 127. Gov't Nat'l MTG Assn. II Pool 3747 | A | Interest | M | T | | | | | |
| 128. Govt Nalt MTG Assn II Pool #1 (Reassigned Pool 579546) | A | Interest | J | T | | | | | |
| 129. Govt Nalt MTG Assn II Pool #2 (Reassigned Pool 3228) | A | Interest | J | T | | | | | |
| 130. Govt Nalt MTG Assn II Pool #3 (Reassigned Pool 3542) | B | Interest | K | T | | | | | |
| 131. Govt Nalt MTG Assn II Pool #4 (Reassigned Pool 3554) | B | Interest | K | T | | | | | |
| 132. Govt Nalt MTG Assn II Pool #5 (Reassigned Pool 3556) | E | Interest | N | T | | | | | |
| 133. Govt Nalt MTG Assn II Pool #6 (Reassigned Pool 003595) | A | Interest | M | T | | | | | |
| 134. Govt Natl Mtg Assn Pool #3851 | A | Interest | M | T | Buy | 08-25 | M | | Market |
| 135. Govt Natl Mtg Assn Pool #3851 | A | Interest | K | T | Buy | 09-26 | K | | Market |
| 136. Govt Natl Mrg Assn Pool #003830 | A | Interest | K | T | Buy | 04-19 | K | | Market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Govt Natl Mrg Assn Pool #003830 | A | Interest | K | T | Buy | 06-27 | K | | Market |
| 138.  Govt Natl Mtg Assn Pool #003795 | B | Interest | K | T | Buy | 02-21 | K | | Market |
| 139.  Halliburton | D | Dividend | K | T | | | | | |
| 140.  Hilton Hotels Corp. | A | Dividend | | | Sold | 08-15 | K | D | Market |
| 141.  Perot Sys Corp CDT | | None | | | Sold | 08-15 | J | A | Market |
| 142.  Smallcap World Fd Inc. | B | Dividend | | | Sold | 02-21 | M | F | Market |
| 143.  Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 144.  Steris Corp. | | None | K | T | | | | | |
| 145.  Tamarack Investment FDS | A | Interest | J | T | | | | | |
| 146. | | | | | | | | | |
| 147.  MISCELLANEOUS: | | | | | | | | | |
| 148.  LRF Limited Pship | A | Royalty | J | W | | | | | |
| 149. | | | | | | | | | |
| 150.  ████████ SEPARATE PROPERTY | | | | | | | | | |
| 151.  EDWARD JONES -- | | | | | | | | | |
| 152.  Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 153.  Goldman Sachs Cap-A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Growth Fund of Am. | A | Dividend | K | T | | | | | |
| 155. Tax Exempt Bond Fd of Am | B | Interest | K | T | | | | | |
| 156. Van Kampen Comstock | | None | J | T | | | | | |
| 157. BENIFICIARY-CB&T Trustee IRA of ███████ | C | Distribution | | | | | | | |
| 158. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 159. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 160. Capital World Growth | A | Dividend | K | T | | | | | |
| 161. IRA-Edward Jones Custodian ██████ IRA) | | | | | | | | | |
| 162. Hartford Cap. Appreciation CLA | A | Dividend | J | T | | | | | |
| 163. Hartford Global Leaders CLA | A | Dividend | J | T | | | | | |
| 164. Hartford Stock Fund CLA | A | Dividend | J | T | | | | | |
| 165. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | K | T | | | | | |
| 166. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 167. Property - Brewster Co, TX | | None | J | W | | | | | |
| 168. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 169. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 123:  2005 Report had two entries for Govt. Nat'l Mtg Assn. II Pool 3700, as purchases were made on two separates dates (04-20 and 06-21).  For the 2006 report, these two items were combined, and Govt. Nat'l Mtg Assn. II Pool 3700 is only listed once.

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5-15-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544